| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 5 2021 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

WAYNE WILLIAM WRIGHT,

    Plaintiff-Appellant,

 v.

CHARLES L. BECK; et al.,

    Defendants-Appellees.

No. 19-55084

D.C. No. 2:15-cv-05805-R-PJW
Central District of California, Los Angeles

ORDER

Before: PAEZ, CALLAHAN, and VANDYKE, Circuit Judges.

The Panel has voted to deny Defendants-Appellees' petition for rehearing. The Panel has also voted to deny Defendants-Appellees' petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc and no judge of the court has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing and the petition for rehearing en banc are **DENIED**.